1174

No. 99–7598.  BEATTY v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–7599.  SEQUEIRA v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 99–7601.  PARRISH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–7604.  BOMAR v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–7606.  TAYLOR v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–7613.  ORRELIEN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–7614.  PETERS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–7615.  OLIVEIRA v. WHITE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 99–7616.  REYES-VALENCIA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–7617.  ROBINSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–7619.  McKINNEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–7621.  LEWIS v. OHIO.  Ct. App. Ohio, Stark County.  Certiorari denied.

No. 99–7625.  IOANE ET AL. v. B. A. PROPERTIES, INC.  C. A. 9th Cir.  Certiorari denied.

No. 99–7628.  AVILEZ-REYES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–7630.  RILEY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–7633.  WILSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.